Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:16-BK-00673 MGW  
**Case Name:** MCKENZIE, FLOYD K  
MCKENZIE, LINDA SUE  
**Period Ending:** 09/30/16  

**Trustee:** (290278)   Christine L. Herendeen  
**Filed (f) or Converted (c):** 01/28/16 (f)  
**§341(a) Meeting Date:** 03/02/16  
**Claims Bar Date:** 05/31/16  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 40321 Trotter Lane Single-family home  Single Fa | 104,084.00 | 18,111.51 | | 0.00 | 125,000.00 |
| 2 | Deposits of money - : Checking Location: Wells F | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Deposits of money - : Savings Location: Wells Fa | 112.00 | 12.00 | | 0.00 | FA |
| 4 | Deposits of money - : Checking Location: Wells F | 278.00 | 0.00 | | 0.00 | FA |
| 5 | Deposits of money - : Checking Bank of America | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Living Room:1 Couch, 2 Chairs, 3 Tables, 2 Lamps | 462.00 | 0.00 | | 0.00 | FA |
| 7 | Jewelry: Husband & Wife Wedding Rings & Bands & | 125.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry: Ear Rings Location: 40321 Trotter Lane, | 25.00 | 0.00 | | 0.00 | FA |
| 9 | 1Camera Location: 40321 Trotter Lane, Dade City | 10.00 | 0.00 | | 0.00 | FA |
| 10 | Valic Annuity Location: Florida Hospital Zephy | 118,000.00 | 0.00 | | 0.00 | FA |
| 11 | Florida Retirement System Pension | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Kia Sorento 2015 | 21,200.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 8:16-BK-00673 MGW
**Case Name:** MCKENZIE, FLOYD K
MCKENZIE, LINDA SUE
**Period Ending:** 09/30/16

**Trustee:** (290278)  Christine L. Herendeen
**Filed (f) or Converted (c):** 01/28/16 (f)
**§341(a) Meeting Date:** 03/02/16
**Claims Bar Date:** 05/31/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Location: 40321 Trotter Lane, D |  |  |  |  |  |
| 13 | Dodge Ram 2015<br>Location: 40321 Trotter Lane, Dad | 30,000.00 | 0.00 |  | 0.00 | FA |
| 14 | Tools, Lawn Mower<br>Location: 40321 Trotter Lane, | 125.00 | 0.00 |  | 0.00 | FA |
| 14 | **Assets**  Totals (Excluding unknown values) | **$275,621.00** | **$18,123.51** |  | **$0.00** | **$125,000.00** |

**Major Activities Affecting Case Closing:**

09/06/16:  attempting to sell real property - contract pending and under review with servicer(s) for short sale approvals

05/19/16:  Attended hearing on MFR and creditor agreed to an order delaying the effective date for 180 days to allow for the marketing of the property.  04/12/16:  Filed / served Applicaton to Employ BK Global Real Estate Services and Local Listing AgentApplicaton to Employ BK Global Real Estate Services and Local Listing Agent.
03/18/16:  Debtor amended SCH C filed and house is no longer claimed exempt.  Real property to be listed for sale.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2016

**Current Projected Date Of Final Report (TFR):**  December 31, 2016