UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:                                                          Case No. 8:16-bk-00673-MGW
Floyd K McKenzie and                                  Chapter 7
Linda Sue McKenzie

     Debtors.                                              /

## RESPONSE TO TRUSTEE'S MOTION TO SALE PROPERTY FREE AND CLEAR OF LIENS

Comes now, PNC Bank, National Association, by and through its undersigned attorney, and hereby files its response to Trustee's Motion to Sell Property Free and Clear of Liens, Claims and Interests Pursuant to section 363(b) & (f)(2) and states as follows:

1. On October 20, 2016 the Trustee filed the Motion to Sell (Doc. No. 31) seeking to sell the property located at 40321 Trotter Lane, Dade City, FL 33525 ("subject property") bearing a legal description of: Lot 14 And The East 1/2 Of Lot 15, Appaloosa Trails, As Per Plat Thereof Recorded In Plat Book 16, Pages 149 And 150, Of The Public Records Of Pasco County, Florida.

2. PNC Bank, National Association holds a first lien on the subject property and requests that the Trustee's motion be granted with language included in the order stating that PNC Bank, National Association shall be paid in full and have final approval of the sale of the subject property.

3. The Trustee's motion indicates that there should be sufficient proceeds from sale to effectuate a full payoff to PNC Bank, National Association of its first mortgage which encumbers the subject real property.

Wherefore, Secured Creditor, PNC Bank, National Association prays that this Honorable Court grant Trustee's Motion with language included in the order stating that the first mortgage of PNC Bank, National Association shall be paid in full from sale proceeds.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served either by CM/ECF transmission or standard first class mail this 7th day of November, 2016 to the following:

Floyd K McKenzie, 43 Solar Street, Mary Esther, FL 32569
Linda Sue McKenzie, 43 Solar Street, Mary Esther, FL 32569
Kara E. Hardin, P.O. Box 2979, Zephyrhills, FL 33539
Christine L. Herendeen, Post Office Box 152348, Tampa, FL 33684
United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602
J. Steven Wilkes, Office of United States Trustee, 501 East Polk Street, Tampa, FL 33602

/s/Steven G. Powrozek
Steven G. Powrozek
FL Bar # 0316120
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: 813-367-5813
Fax: (813) 880-8800
E-mail: spowrozek@logs.com

16-298278