

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/10/2016 09:30 AM

COURTROOM 8A

HONORABLE MICHAEL WILLIAMSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:16-bk-00673-MGW | 7 | 01/28/2016 |

Chapter 7

**DEBTOR:** Floyd McKenzie

Linda McKenzie

**DEBTOR ATTY:** Kara Hardin

**TRUSTEE:** Christine Herendeen

**HEARING:**

(1) Motion to Sell Property Free and Clear of Liens. Property description: 40321 Trotter Lane, Dade City, FL 33525. & and for Surcharge Pursuant to 11 U.S.C. Section 506).  Filed by Christine L Herendeen, Attorney for Trustee on behalf of Trustee Christine L Herendeen Doc. 31
-Response to Trustees Motion to Sell Property Free and Clear of Liens, Claims and Interests Pursuant to section 363(b) & (f)(2) Filed by Steven G Powrozek on behalf of Creditor PNC Bank, National Association (related document(s)[31]). (Powrozek, Steven) Doc #35
*(2) Application for Compensation for BK Global Real Estate Services and McPeak Real Estate Firm, Inc., Realtor, Fee: $7500.00, Expenses: $0.00. Filed by Trustee Christine L Herendeen. (Herendeen, Christine) Doc #33

**APPEARANCES::** Christine Herendeen, Trustee, Steven Powrozek for PNC Bank
**RULING:**
(1) Motion to Sell Property Free and Clear of Liens. Property description: 40321 Trotter Lane, Dade City, FL 33525. & and for Surcharge Pursuant to 11 U.S.C. Section 506).  Filed by Christine L Herendeen, Attorney for Trustee on behalf of Trustee Christine L Herendeen Doc. 31, -Response to Trustees Motion to Sell Property Free and Clear of Liens, Claims and Interests Pursuant to section 363(b) & (f)(2) Filed by Steven G Powrozek on behalf of Creditor PNC Bank, National Association (related document(s)[31]). (Powrozek, Steven) Doc #35 -  Granted, order by Herendeen

*(2) Application for Compensation for BK Global Real Estate Services and McPeak Real Estate Firm, Inc., Realtor, Fee: $7500.00, Expenses: $0.00. Filed by Trustee Christine L Herendeen. (Herendeen, Christine) Doc #33 -  Approved in full, order by Herendeen
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.