UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE: FLOYD K MCKENZIE
LINDA SUE MCKENZIE

CASE NO: 8:16-bk-00673-MGW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 11/14/2016, I did cause a copy of the following documents, described below,

Order Granting Trustee's Motion to Sell Property Free and Clear of Liens Claims and Interests Pursuant to Section 363(b) & (f)(2) and for Surcharge Pursuant to 11 U.S.C. Section 506(c),

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 11/14/2016

/s/ Christine L. Herendeen
Christine L. Herendeen  0094315
Herendeen Law LLC
P.O. Box 152348
Tampa, FL  33684
813 438 3833
clherendeen@herendeenlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:  FLOYD K MCKENZIE
        LINDA SUE MCKENZIE

CASE NO: 8:16-bk-00673-MGW

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 11/14/2016, a copy of the following documents, described below,

Order Granting Trustee's Motion to Sell Property Free and Clear of Liens Claims and Interests Pursuant to Section 363(b) & (f)(2) and for Surcharge Pursuant to 11 U.S.C. Section 506(c),

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/14/2016

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Herendeen Law LLC
Christine L. Herendeen
P.O. Box 152348
Tampa, FL  33684

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*                              *DEBTOR*

1  LABEL MATRIX FOR LOCAL NOTICING       2  FLOYD K MCKENZIE               3  LINDA SUE MCKENZIE
 113A8                                    43 SOLAR ST                      43 SOLAR ST
 CASE 8-16-BK-00673-MGW                   MARY ESTHER FL 32569-1535        MARY ESTHER FL 32569-1535
 MIDDLE DISTRICT OF FLORIDA
 TAMPA
 FRI NOV 11 12-24-42 EST 2016

4  PNC BANK NATIONAL ASSOCIATION         5  SANTANDER CONSUMER USA INC     6  ACHIEVA CREDIT UNION
 SHAPIRO FISHMAN  GACH LLP                CO MATT HOLTSINGER               PO BOX 2650
 CO STEVEN G POWROZEK                     PO BOX 800                       LARGO FL 33779-2650
 4630 WOODLAND CORPORATE BLVD SUITE       TAMPA FL 33601-0800
 100
 TAMPA FL 33614-2429

7  AMERICA HONDA FINANCIAL               8  AMERICAN EXPRESS               9  AMERICAN INFOSOURCE LP AS AGENT FOR
 PO BOX 168088                            ATTN CSAU                        AMERICAN HONDA FINANCE
 IRVING TX 75016-8088                     PO BOX 981535                    PO BOX 248838
                                          EL PASO TX 79998-1535            OKLAHOMA CITY OK 73124-8838

10  AMERICAN INFOSOURCE LP AS AGENT      11  AMSCOT CORPORATION            12  BANK OF AMERICA
FOR                                       ATTDEPT C                        PO BOX 31785
 VERIZON                                  PO BOX 25137                     TAMPA FL 33631-3785
 PO BOX 248838                            TAMPA FL 33622-5137
 OKLAHOMA CITY OK 73124-8838

13  BANK OF AMERICA NA                   14  BASS  ASSOCIATES              15  BEALLS INC
 P O BOX 982284                           3936 E FORT LOWELL ROAD          PO BOX 25207
 EL PASO TX 79998-2284                    SUITE 200                        BRADENTON FL 34206-5207
                                          TUCSON AZ 85712-1083

16  CAPITAL ONE NA                       17  CAPITAL ONE BANK              18  CAPITAL ONE BANKKOHLS
 CO BECKET AND LEE LLP                    ATTBANKRUPTCY DEPT               ATTBANKRUPTCY DEPT
 PO BOX 3001                              PO BOX 30257                     PO BOX 30257
 MALVERN PA 19355-0701                    SALT LAKE CITY UT 84130-0257     SALT LAKE CITY UT 84130-0257

19  CAPITAL ONE NATIONAL                 20  CAPITAL ONE NA                21  CAREONE SERVICES INC
 1680 CAPITAL ONE DRIVE                   PO BOX 71083                     CO 3C INCORPORATED
 MCLEAN VA 22102-3407                     CHARLOTTE NC 28272-1083          9755 PATUXENT WOODS DRIVE
                                                                          SUITE 100
                                                                          COLUMBIA MD 21046-2288

22  CHASE CARD SERVICES                  23  CHASE CARD SERVICESUSA        24  CHRYSLER CAPITAL FINANCE
 ATTN BANKRUPTCY DEPT                     ATTN BANKRUPTCY DEPT             PO BOX 961275
 PO BOX 15298                             PO BOX 15298                     FORT WORTH TX 76161-0275
 WILMINGTON DE 19850-5298                 WILMINGTON DE 19850-5298

25  CITI CARDS                           26  CITI CARDSZALES               27  CITRUS CHRYSLER DODGE JEEP
 ATTN BANKRUPTCY DEPT                     ATTN BANKRUPTCY DEPT             12020 US HYW 301
 PO BOX 6097                              PO BOX 6097                      DADE CITY FL 33525-6023
 SIOUX FALLS SD 57117-6097                SIOUX FALLS SD 57117-6097

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

28  COMENITY BANKLANE BRYANT
ATTN BANKRUPTCY
PO BOX 182686
COLUMBUS OH 43218-2686

29  CREDIT FIRST NA
ATTN COLLECTIONBANKRUPTCY
6275 EASTLAND ROAD
BROOK PARK OH 44142-1399

30  CREDIT ONE BANK NA
ATTN BANKRUPTCY DEPT
PO BOX 98873
LAS VEGAS NV 89193-8873

31  DEPARTMENT OF VETERANS AFFAI
ATTBILLING DEPT
PO BOX 530269
ATLANTA GA 30353-0269

32  DISCOVER CARDS
ATTN BANKRUPTCY DEPT
PO BOX 3025
NEW ALBANY OH 43054-3025

33  EMERGENCY PHYSICIAN
DEPT 4131
PO BOX 1070
CHARLOTTE NC 28201-1070

34  FIRST NATIONAL BANK OF OMAHA
ATT BANKRUPTCY DEPARTMENT
1620 DODGE STREET
STOP CODE
OMAHA NE 68197-0003

35  FLORIDA HOSPITAL ZEPHYRHILLS
7050 GALL BLVD
ZEPHYRHILLS FL 33541-1399

36  FLORIDA HOSPITAL ZEPHYRHILLS
ATTN COLLECTION DEPT
PO BOX 863326
ORLANDO FL 32886-3326

37  FORD SERVICESCITI BANK
ATTNCOLLECTIONBANKRUPTCY
50 NORTHWEST POINT ROAD
ELK GROVE VILLAGE IL 60007-1032

38  GECRBAMZN
ATTN BANKRUPTCY DEPT
PO BOX 103104
ROSWELL GA 30076-9104

39  GECRBCARE CREDIT
ATTN BANKRUPTCY DEPT
PO BOX 103104
ROSWELL GA 30076-9104

40  IDEAL COLL
ATTCOLLECTIONBANKRUPTCY
PO BOX 272407
TAMPA FL 33688-2407

41  JAMES A HALEY VA HOSPITAL
1300 BRUCE B DOWNES BLVD
TAMPA FL 33612-4745

42  LVNV FUNDING LLC ITS SUCCESSORS
AND ASSIGNS
ASSIGNEE OF FNBM LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

43  MID FLORIDA FCU
ATTN COLLECTION
129 S KENTUCKY AVE
LAKELAND FL 33801-5073

44  NORTHLAND GROUP INC
ATTCOLLECTION DEPT
PO BOX 390846
MINNEAPOLIS MN 55439-0846

45  OAC
PO BOX 500
BARABOO WI 53913-0500

46  PNC MORTGAGE
ATT BANKRUPTCY DEPT
PO BOX 1820
DAYTON OH 45401-1820

47  PYOD LLC ITS SUCCESSORS AND
ASSIGNS AS ASSI
OF CITIBANK NA
RESURGENT CAPITAL SERVICES
PO BOX 19008
GREENVILLE SC 29602-9008

48  PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

49  PREMIER HEART AND VASCULAR
PO BOX 2709
ZEPHYRHILLS FL 33539-2709

50  PROGRESSIVE LEASING
PO BOX 413110
SALT LAKE CITY UT 84141-3110

51  QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND WA 98083-0788

52  RESERGENT CAPITAL SERVICES
PO BOX 10497 MS 576
GREENVILLE SC 29603-0497

53  SANTANDER CONSUMER USA
ATT CORRESPONDENCE DEPT
PO BOX 660633
DALLAS TX 75266-0633

54  SANTANDER CONSUMER USA
ATTBANKRUPTCY DEPT
PO BOX 560284
DALLAS TX 75356-0284

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

55  SUNTRUST BANK
 ATTN SUPPORT SERVICES
 PO BOX 85092
 RICHMOND VA 23285-5092

56  SUNSHINE RADIOLOGY LLC
 ATT BILLING DEPT
 10567 SAWMILL PARKWAY
 SUITE 100
 POWELL OH 43065-6671

57  SUNTRUST BANK
 ATTBANKRUPTCY DEPT
 PO BOX 85526
 RICHMOND VA 23285-5526

58  SYNCHRONY BANKAMAZON
 ATTN BANKRUPTCY DEPT
 PO BOX 965060
 ORLANDO FL 32896-5060

59  SYNCHRONY BANKCARE CREDIT
 ATTN BANKRUPTCY DEPT
 PO BOX 965060
 ORLANDO FL 32896-5060

60  SYNCHRONY BANKDILLARDS DC
 ATTN BANKRUPTCY DEPT
 PO BOX 965060
 ORLANDO FL 32896-5060

61  SYNCHRONY BANKPENNEY
 ATTN CORRESPONDENCE DEPT
 PO BOX 965060
 ORLANDO FL 32896-5060

62  SYNOVUS BANKPLCC
 ATTN LOSS MITIGATION DEPT
 333 3RD AVE NORTH
 SAINT PETERSBURG FL 33701-3833

63  TD BANK NA
 ATT CORRESPONDENCE DEPT
 PO BOX 9547
 PORTLAND ME 04112-9547

64  VALENTINE  KEBARTAS INC
 ATTN BANKRUPTCY DEPT
 PO BOX 325
 LAWRENCE MA 01842-0625

65  VERIZON WIRELESS
 ATTN CORRESPONDENCE TEAM
 PO BOX 5029
 WALLINGFORD CT 06492-7529

*CM/ECF E-SERVICE*

66  UNITED STATES TRUSTEE    TPA713 +
 TIMBERLAKE ANNEX SUITE 1200
 501 E POLK STREET
 TAMPA FL 33602-3949

*CM/ECF E-SERVICE*

67  KARA E HARDIN +
 KARA HARDIN PL
 PO BOX 2979
 ZEPHYRHILLS FL 33539-2979

*CM/ECF E-SERVICE*

68  STEVEN G POWROZEK +
 SHAPIRO FISHMAN  GACHE
 4630 WOODLAND CORPORATE BLVD
 SUITE 100
 TAMPA FL 33614-2429

*CM/ECF E-SERVICE*

69  J STEVEN WILKES +
 OFFICE OF UNITED STATES TRUSTEE
 501 EAST POLK STREET
 TAMPA FL 33602-3949

*EXCLUDE*

70  CHRISTINE L HERENDEEN ATTORNEY FOR
 TRUSTEE
 PO BOX 152348
 TAMPA FL 33684-2348

*CM/ECF E-SERVICE*

71  CHRISTINE L HERENDEEN +
 PO BOX 152348
 TAMPA FL 33684-2348

*CM/ECF E-SERVICE*

72  MATTHEW M HOLTSINGER +
 KASS SHULER PA
 PO BOX 800
 TAMPA FL 33601-0800

*CM/ECF E-SERVICE*

73  ELIZABETH ECKHART +
 SHAPIRO FISHMAN  GACHE
 4630 WOODLAND CORPORATE BLVD
 SUITE 100
 TAMPA FL 33614-2429

*CM/ECF E-SERVICE*

74  NOTE  ENTRIES WITH A + AT THE END
OF THE
 NAME HAVE AN EMAIL ADDRESS ON FILE IN
CMECF